UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFERY ELIJAH WILSON, <br><br> Defendant. | 4:21-CR-40164 <br><br><br> **REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b)** |

COMES NOW the above-named Defendant, Jeffery Wilson, by and through his attorney, Ashley M. Miles Holtz, and requests that the United States Attorney provide Defendant's counsel with the general nature of any and all evidence that the United States intends to offer at trial, pursuant to the provisions of FED. R. EVID. 404(b), sufficiently in advance of trial so that the Defendant is afforded a fair opportunity to contest the use of the evidence.

The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 13th day of December, 2021.

**OLIVIER MILES HOLTZ, LLP**

*/s/ Ashley M. Miles Holtz*
Ashley M. Miles Holtz  (ashley@omhlawfirm.com)
6210 S. Lyncrest Avenue
Sioux Falls, SD 57108
(605) 331-0609

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2021, a true and correct copy of the Defendant's REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b) was served upon the following person, by Electronic Case Filing:

Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638

*/s/ Ashley M. Miles Holtz*
Ashley M. Miles Holtz