STATE OF SOUTH DAKOTA  )                    N CIRCUIT COURT
                       ) SS                 MAGISTRATE DIVISION
COUNTY OF CUSTER       )                        JUDICIAL CIRCUIT
**************************************************************************

STATE OF SOUTH DAKOTA          PLAINTIFF )      BENCH WARRANT
     VS                                  )      FAILURE TO APPEAR
DANIELS,CHRISTOPHER,M           DEFENDANT ) DOCKET NO:  16C03000028A0
                                         ) CNTY CNTRL:
                                         ) DOB:  4/25/1973  AGE: 30
ADDRESS: 829 CROOK ST                    DL-NUM: CT 046326275
         CUSTER, SD 57730                LIC-PLATE:
**************************************************************************

TO:  ANY LAW ENFORCEMENT OFFICER IN THE STATE OF SOUTH DAKOTA

A CASE WAS FILED ON MARCH 10, 2003 IN THIS COURT, CHARGING THE
DEFENDANT WITH THE FOLLOWING OFFENSE(S):

SDCL 32-12-65 DRIVING WITH REVOKED (NOT SUSPENDED) LIC        M1 NO NUM

THE DEFENDANT FAILED TO APPEAR FOR SENTENCE REVIEW HEARING.

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED DEFENDANT
AT ANY TIME OF THE DAY OR NIGHT, WEEKENDS OR HOLIDAYS, AND BRING THE
DEFENDANT BEFORE THIS COURT.

YOU ARE FURTHER COMMANDED THAT THE DEFENDANT IS TO BE ADMITTED TO BAIL IN
THE SUM OF $*******300.00 CASH OR SURETY.  POA (WILL/WILL NOT) BE ACCEPTED.
GIVEN UNDER MY HAND, WITH THE SEAL OF SAID COURT AFFIXED, THIS 22ND DAY
OF July, 2003.

                                    BY THE COURT:

(COURT SEAL)        FILED IN CIRCUIT COURT
                    CUSTER COUNTY, SOUTH DAKOTA      WILLIAM L SEVERNS
                    7-22-03                          MAGISTRATE JUDGE
                    DATE
                    DENISE M. WILSON, CLERK OF COURT
                    BY_____DEPUTY

STATE OF SOUTH DAKOTA          )
CITY OF _____ )        RETURN OF THE OFFICER
COUNTY OF _____ )

I HEREBY CERTIFY THAT, BY VIRTUE OF THIS ORDER, I HAVE ARRESTED THE
DEFENDANT NAMED HEREIN, HAVE SERVED A TRUE COPY OF SAID ORDER UPON SAID
DEFENDANT BY DELIVERING THE SAME TO DEFENDANT PERSONALLY ON THE _____ DAY
OF _____, _____, AND HAVE IN ALL OTHER RESPECTS PERFORMED THE
ACTS TO BE DONE THEREIN. DATED THIS _____ DAY OF _____, _____.

MILAGE $_____.__   COSTS $_____.__   LAW ENFORCEMENT OFFICER

**Exhibit A**

C03-28

## CUSTER COUNTY NOTIFICATION OF

### WARRANT SERVED

FILED IN CIRCUIT COURT
CUSTER COUNTY, SOUTH DAKOTA
DATE        3-10-04
DENISE M. WILSON, CLERK OF COURT
BY_____DEPUTY

| NAME | CHARGE | DATE SERVED | COURT DATE |
|------|--------|-------------|------------|
| DANIELS, CHRISTOPHER MICHAEL | COTROLLED SUBSTANCE, DRIVE UNDER REVOCATION X 2 | 03-10-04 | |

**JAIL LOCATION:** *LINCOLN CITY PD, OREGON*

**OTHER INFORMATION:** *TTY SENT TO SO WITH CONTACT INFORMATION FOR ARRESTING AGENCY*

*THIS COVERS WARRANTS W03-134, W03-147, W03-148*

FAX NUMBERS:
- CLERK OF COURTS – 673-3416
- STATES ATTORNEY – 673-8153
- CUSTER CO SHERIFF – 673-8154

```
STATE OF SOUTH DAKOTA    )                    N CIRCUIT COURT
                         ) SS                 MAGISTRATE DIVISION
COUNTY OF CUSTER         )                        JUDICIAL CIRCUIT
```

*************************************************************************

```
STATE OF SOUTH DAKOTA            PLAINTIFF )        BENCH WARRANT
     VS                                    )      FAILURE TO APPEAR
DANIELS,CHRISTOPHER,M             DEFENDANT ) DOCKET NO:  16C03000042A0
                                           ) CNTY CNTRL:
                                           ) DOB:  4/25/1973  AGE: 30
ADDRESS: 829 CROOK ST                  DL-NUM: SD 043608697
         CUSTER, SD 57730              LIC-PLATE: SD 49B770
```

*************************************************************************

TO:  ANY LAW ENFORCEMENT OFFICER IN THE STATE OF SOUTH DAKOTA

A CASE WAS FILED ON APRIL 07, 2003 IN THIS COURT, CHARGING THE DEFENDANT WITH THE FOLLOWING OFFENSE(S):

SDCL 32-12-65 DRIVING WITH REVOKED (NOT SUSPENDED) LIC          M1 N025005

THE DEFENDANT FAILED TO APPEAR FOR SENTENCE REVIEW HEARING.

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED DEFENDANT AT ANY TIME OF THE DAY OR NIGHT, WEEKENDS OR HOLIDAYS, AND BRING THE DEFENDANT BEFORE THIS COURT.

YOU ARE FURTHER COMMANDED THAT THE DEFENDANT IS TO BE ADMITTED TO BAIL IN THE SUM OF $*******500.00 CASH OR SURETY.  POA (WILL/WILL NOT) BE ACCEPTED. GIVEN UNDER MY HAND, WITH THE SEAL OF SAID COURT AFFIXED, THIS 22ND DAY OF July, 2003.

BY THE COURT:

WILLIAM L SEVERNS
MAGISTRATE JUDGE

(COURT SEAL)

FILED IN CIRCUIT COURT
CUSTER COUNTY, SOUTH DAKOTA
DATE  7-22-03
DENISE M. WILSON. CLERK OF COURT
BY  db                    DEPUTY

```
STATE OF SOUTH DAKOTA          )
CITY OF _____    )        RETURN OF THE OFFICER
COUNTY OF _____    )
```

I HEREBY CERTIFY THAT, BY VIRTUE OF THIS ORDER, I HAVE ARRESTED THE DEFENDANT NAMED HEREIN, HAVE SERVED A TRUE COPY OF SAID ORDER UPON SAID DEFENDANT BY DELIVERING THE SAME TO DEFENDANT PERSONALLY ON THE _____ DAY OF _____, _____, AND HAVE IN ALL OTHER RESPECTS PERFORMED THE ACTS TO BE DONE THEREIN. DATED THIS _____ DAY OF _____, _____.

MILAGE $_____.__    COSTS $_____.__    LAW ENFORCEMENT OFFICER

**Exhibit B**

Case 4:21-cr-40164-KES    Document 114    Filed 04/15/22    Page 4 of 6 PageID #: 282

C03-42

FILED IN CIRCUIT COURT
CUSTER COUNTY, SOUTH DAKOTA

## CUSTER COUNTY NOTIFICATION OF    DATE  3-10-04

DENISE M. WILSON, CLERK OF COURT

## WARRANT SERVED    BY _____ DEPUTY

| NAME | CHARGE | DATE SERVED | COURT DATE |
|------|--------|-------------|------------|
| DANIELS, CHRISTOPHER MICHAEL | COTROLLED SUBSTANCE, DRIVE UNDER REVOCATION X 2 | 03-10-04 | |

JAIL LOCATION: *LINCOLN CITY PD, OREGON*

OTHER INFORMATION: *TTY SENT TO SO WITH CONTACT INFORMATION FOR ARRESTING AGENCY*

*THIS COVERS WARRANTS W03-134, W03-147, W03-148*

FAX NUMBERS:
- CLERK OF COURTS – 673-3416
- STATES ATTORNEY – 673-8153
- CUSTER CO SHERIFF – 673-8154

**Brittanny J. Mertz**

| | |
|---|---|
| **From:** | Hansen Alicia [Alicia.Hansen@pennco.org] |
| **Sent:** | Thursday, October 27, 2016 10:15 AM |
| **To:** | Brittanny J. Mertz |
| **Subject:** | RE: Christopher Daniels |

14-4758 – Booked in on 11/18/14 @ 1550. Posted bond on 11/19/14 @ 1524. 1 day served.
        Booked in on 01/14/15 @ 1501. Posted bond on 02/02/15 @ 1318. 18 days served.

Booked in on 03/18/15 @ 1536 for Pennington County (Dockets 14-4758 & 15-1092)
        15-1092 – Charges dismissed on 04/03/15 @ 0843. 16 days served
        14-4758 – Sentenced on 03/01/15
                Remained in custody and transferred to USM custody on 04/27/15 @ 1003.
                USM custody 04/27/15 @ 1003 till 12/02/15 @ 1119 – total days 219
            Remained in custody and transferred back to Pennington County on 12/02/15 @ 1119 then
transferred to SDSP on 015/16 @ 0020.
                Total days for this booking 362 days 8 hours

Thanks,
Alicia Hansen
LE Support Tech
Pennington County Jail
**Tues - Fri** 0600a-5:00p
605-394-6116 Ext **3311**
605-716-6102 Fax

**From:** Brittanny J. Mertz [mailto:bjm@johnsoneiesland.com]
**Sent:** Thursday, October 27, 2016 9:40 AM
**To:** Hansen Alicia <Alicia.Hansen@pennco.org>
**Subject:** Christopher Daniels

Dear Alicia,

Christopher Daniels, Sr. (d/o/b 4/25/1973) was in the Pennington County Jail from approximately November of 2014 to approximately March of 2016 on pending state and federal drug charges. The state charges were possession of a controlled substance and the federal charges were distribution of controlled substance. We are trying to determine the exact number of days Chris was in the Pennington County Jail and more specifically, how many days he was there under state custody and how many days he was there under federal custody.

I believe he was arrested on the state charges in November of 2014. He was then indicted with the federal charges in April of 2015. The state charges were put on hold until his federal charges were done. He was sentenced on the federal charges on November 24, 2015. Then the state charges resumed. He was sentenced on his state charges in March of 2016 and was subsequently transferred to the penitentiary.

Thanks for your help.

*Brittanny J. Mertz, CP*
*Certified Paralegal to Robert "Robbie" J. Rohl*
*Johnson Eiesland Law Offices, PC*

1

**Exhibit C**

| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| COUNTY OF PENNINGTON | ) SS. | SEVENTH JUDICIAL CIRCUIT |

| STATE OF SOUTH DAKOTA, | ) | FILE NO: CRI14-4758 |
| | ) | |
| Plaintiff, | ) | **FELONY** |
| | ) | **BENCH WARRANT** |
| vs. | ) | |
| | ) | |
| **CHRISTOPHER DANIELS, SR.,** | ) | |
| DOB: 4/25/73 | ) | |
| 1925 TWIN ELMS DR. APT 2, RCSD) | | |
| Defendant. | ) | |

**TO THE STATE OF SOUTH DAKOTA TO ANY SHERIFF OR OTHER PEACE OFFICER OF THIS STATE:**

It having come to the attention of this Court that the above-named Defendant, **CHRISTOPHER DANIELS**, failed to appear for a Status Hearing scheduled for May 19, 2015 on the charge of **Possession of a Controlled Drug or Substance**, committed on or about November 18, 2014; you are hereby

**COMMANDED,** forthwith to arrest the above-named Defendant, **CHRISTOPHER DANIELS, SR.,** and bring him before the above named Court; and you are further

**COMMANDED,** that upon the arrest of said Defendant, **CHRISTOPHER DANIELS,** bond shall be allowed in the amount of **NO BOND**.

Given under my hand, with the Seal of said Court affixed, this ___ day of May, 2015.

BY ORDER OF THE COURT:
Ranae Truman, Clerk of Courts

By:_____
Deputy

| STATE OF SOUTH DAKOTA | ) | |
| | ) SS. | **RETURN** |
| COUNTY OF PENNINGTON | ) | |

I hereby certify that a copy of the above Warrant was received by me on the _____ day of _____, 2015. I executed the same on the _____ day of _____, 2015, by delivering a copy to _____ at Rapid City, South Dakota.

KEVIN THOM,
PENNINGTON COUNTY SHERIFF

By _____
Deputy

Pennington County, SD
FILED
IN CIRCUIT COURT

MAY 2 1 2015

Ranae Truman, Clerk of Courts
By_____Deputy