UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    CR 21-40164-1

                Plaintiff,              INFORMATION PURSUANT TO
                                              21 U.S.C. § 851(a) AND NOTICE

    vs.

CHRISTOPHER DANIELS,

                Defendant.

Pursuant to 21 U.S.C. § 851(a), the United States provides notice to the Defendant of its intent to seek increased punishment based upon the Defendant's prior convictions for prior serious felony drug offenses as provided for in 21 U.S.C. § 841(b), and as defined in 21 U.S.C. § 802(44), said convictions being:

1.      Conviction for conspiracy to distribute a controlled substance in the United States District Court for the Western District of South Dakota, case file no. 5:04CR-50124, for which Defendant was released from custody within 15 years of the commission of the offense in the present case.

2.      Conviction for conspiracy to distribute a controlled substance in the United States District Court for the Western District of South Dakota, case file no. 5:15CR-50051.

Dated this 21st day of July, 2022.

ALISON J. RAMSDELL
United States Attorney

_/s/ Mark Hodges_

Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone:  (605)357-2346
Facsimile:   (605)330-4410
E-Mail: mark.hodges@usdoj.gov